**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6992**

———————

TONY E. STATON,

                                    Petitioner - Appellant,

        versus

RONALD J. ANGELONE, Director of the Virginia
Department of Corrections,

                                    Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Jerome B. Friedman, District Judge.
(CA-98-1127-2)

———————

Submitted:  December 22, 1999        Decided:  January 20, 2000

———————

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Tony E. Staton, Appellant Pro Se.  Hazel Elizabeth Shaffer, Assistant Attorney General, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tony E. Staton seeks to appeal the district court's order dismissing as untimely his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Staton's motion to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. See Staton v. Angelone, No. CA-98-1127-2 (E.D. Va. June 30, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is signed and date stamped on June 29, 1999, the district court's records show that it was entered on the docket sheet on June 30, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).